1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

CORNING JAPAN K.K.,

8                          Plaintiff,

9            v.                                    C14-1629 TSZ

10   EXPEDITORS INTERNATIONAL                     MINUTE ORDER
     OCEAN, INC.; and YANG MING
11   LINE,

12                          Defendants.

13

14          The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:

15          (1)     Defendant Expeditors International Ocean, Inc.'s motion for summary
16   judgment, docket no. 11, is DENIED.  Defendant's challenges to the invoices, survey
     report, and other documents relating to damages submitted by plaintiff Corning Japan
17   K.K. go only to the form or weight of plaintiff's evidence, and defendant's objections do
     not prevent the Court from considering plaintiff's materials in deciding defendant's
18   motion.  *See* *Nev. Dep't of Corr. v. Greene*, 648 F.3d 1014, 1019 (9th Cir. 2011) ("At
     summary judgment, 'a party does not necessarily have to produce evidence in a form that
19   would be admissible at trial.'"); *Fraser v. Goodale*, 342 F.3d 1032, 1036 (9th Cir. 2003)
     ("At the summary judgment stage, we do not focus on the admissibility of the evidence's
20   form.  We instead focus on the admissibility of its contents."); *see also* *Campanelli v.*
     *Allstate Life Ins. Co.*, 93 Fed. App'x 159 (9th Cir. 2004) (holding that the district court
21   erred in granting summary judgment because the reasons given for disregarding certain
     declarations went "to their weight, not their admissibility").  Having reviewed all papers
22   filed in support of and in opposition to defendant's motion, the Court concludes that
     genuine disputes of material fact preclude summary judgment.  *See* Fed. R. Civ. P. 56(a).

23

MINUTE ORDER - 1

1          (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
2    record.

3          Dated this 2nd day of September, 2015.

4                                                  William M. McCool
                                                   Clerk

5                                                  s/Karen Dews
                                                   Deputy Clerk

MINUTE ORDER - 2